**Margaret Louise HARGIS, Appellant,**

v.

**Nancy GUYN et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 24, 1961.

Frank S. Ginocchio, Lexington, for appellant.

Robert M. Odear, Stoll, Keenon & Park, Lexington, for appellees.

PER CURIAM.

Margaret Louise Hargis has moved for an appeal from a judgment determining the extent of her undivided interest in certain real estate and her liability for certain repairs. The record and briefs have been examined and considered. No prejudicial error has been found.

The motion for an appeal is overruled and the judgment stands affirmed.